ELLIOT ET AL.
*vs.*
LABARRE.

The clerk's certificate that the record contains a full transcript of all the proceedings, documents, and evidence on file in the case, does not authorise the conclusion that all the evidence adduced was put on file, and is therefore insufficient.

<hr/>

### ELLIOT ET AL. *vs.* LABARRE.

APPEAL FROM THE COURT OF THE FIRST DISTRICT.

The same judgment which has been rendered against the possessor of property, for rents accruing after judgment of eviction from the premises will be rendered against his vendor.

This case now comes before this court on the second appeal. For a statement of the facts on which the first appeal was taken and the decision of the court see 5 *Louisiana Reports*, 223.

After the cause was remanded the plaintiff proved the possession of the premises as alleged, from the 1st April 1831 to the 10th June, 1832, and that the rent was worth thirty-two dollars per month.

The plaintiff had judgment for four hundred and fifty-five dollars. Judgment was also rendered in favor of the defendant and against her vendor cited in warranty, who appealed.

*Hennen,* for plaintiff and appellee.

*Soulé,* for defendant and appellant.

MARTIN, J., delivered the opinion of the court.

EASTERN DIS.
*February*, 1833.

This case was remanded from this court in March, 1833. 5 *Louisiana Rep.* After a revisal of a judgment of the district court, who had erroneously, in our opinion, concluded that a former decree of ours, 4 *id.* having passed on the claims of the plaintiffs for rent, afforded a plea of *res judicata*, as to any rent accruing after the judgment of the District Court which had been brought before us and had been examined in this court.

From the judgment of the District Court, allowing to the plaintiff the rent from the date of the former judgment of the District Court, the present appeal is taken, by Longpré the defendant's vendor, called in warranty, against whom judgment was given in favor of the original defendant.

The same judgment which has been rendered against the possessor of property for rents accruing after judgment of eviction from the premises, will be rendered against his vendor.

His counsel has not made any defence in this court.

It is, therefore, ordered, adjudged and decreed, that the judgment of the District Court be affirmed with costs.